JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA SACKS, | CASE NO. CV 08-3370 DSF (AJWx) |
| Plaintiff, | JUDGMENT FOR PLAINTIFF AFTER COURT TRIAL |
| v. | |
| STANDARD INSURANCE COMPANY, et al., | |
| Defendants. | |

The Court having conducted a trial of this case on the administrative record, having heard the arguments of the parties, and having issued its Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against defendants and in favor of plaintiff, and that plaintiff be awarded her attorneys' fees, and recover her costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/23/09

_____
Dale S. Fischer
United States District Judge