JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA SACKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STANDARD INSURANCE COMPANY; COUNTRYWIDE HOME LOANS, INC. SHORT TERM DISABILITY PLAN; and COUNTRYWIDE HOME LOANS, INC. LONG TERM DISABILITY PLAN;<br><br>　　　　Defendants. | Case No. CV 08-03370 DSF (AJWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS MATTER WITH PREJUDICE**<br><br>Discovery Cut-Off: March 9, 2009<br><br>Trial Date: June 16, 2009 |

　　The Court, having read and considered the parties' Stipulation For Dismissal And Satisfaction Of Judgment, hereby dismisses this matter with prejudice, as the Judgment entered by this Court on December 23, 2009 has now been satisfied.

DATED:__1/25/10

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

LAI-3082850v1                                          **[PROPOSED] ORDER**